■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN WILLIAMS, Appellant. [648 NYS2d 936] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 23, 1992 (*People v Williams*, 181 AD2d 845), modifying a judgment of the Supreme Court, Kings County, rendered August 21, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., Bracken, Thompson and Santucci, JJ., concur.